[980 NE2d 531, 956 NYS2d 482]

In the Matter of ROBERT P. APPLE.

Decided November 29, 2012

**APPEARANCES OF COUNSEL**

*Thomas F. Purcell*, Mahopac, for Hon. Robert P. Apple.

*Robert H. Tembeckjian*, New York City, for New York State Commission on Judicial Conduct.

**OPINION OF THE COURT**

On consideration of the continuation of this Court's October 23, 2012 suspension, with pay, of Honorable Robert P. Apple from his office of Justice of the Pawling Village Court, Dutchess

County (*see* 19 NY3d 1045 [2012]), it is determined that the suspension continue, with pay, effective immediately.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT.